IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tevon D. Wilson

DOC# 466-865 SID# 3935271

DOB: 03-19-1994

18800 Roxbury Rd

Hagerstown, MD 21746

(Full name, date of birth, identification #, address of petitioner)

**Plaintiff,**

v.

MCTC Administration,

Dietary Officer Shank

MCTC, 18800 Roxbury Rd

Hagerstown, MD 21746

(Full name and address of respondent)

**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

　A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

　　YES ☐   NO ☒

　B. If you answered YES, describe that case(s) in the spaces below.

　　1. Parties to the other case(s):

　　　Plaintiff: _____

　　　Defendant(s): _____

　　2. Court (if a federal court name the district; if a state court name the city or county):

　　　_____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☒   NO ☐

   1. If you answered YES:

      a. What was the result? __It was Dismissed__

      _____

      b. Did you appeal? __Yes__

         YES ☒   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____

   _____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Dietary Officer Shank verbally assulted me and attatched a pejorative [Snitch] to me in front of other inmates in the Dietary Department on 6-8-21. I notified MCTC Admin. that I feared for my safety because of this Officer's actions, to which I was ignored, and I was attacked by another inmate that witnessed Officer Shank repeatedly call me "Snitch."

IV. Relief
(State briefly what you want the Court to do for you.)

Reparations for physical altercation that was incited by Dietary Officer Shank, for Defamation of character, for the MCTC Administration's negligence to increase my safety, and for institutional administrative misconduct.

SIGNED THIS 18th day of November, 2021

Tevon Deandre Wilson
Signature of Plaintiff

Tevon Deandre Wilson
Printed Name

18800 Roxbury Rd. Hagerstown, MD 21746
Address

_____
Telephone Number

_____
Email Address